UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. KOTEWA,

    Plaintiff,                                     Case No. 03-CV-74087-DT

v.                                               HONORABLE DENISE PAGE HOOD

STEVE MARSHALL, et al.,

    Defendants.

_____/

## JUDGMENT

    This action having come before the Court and the Court having entered an Order dismissing the Complaint without prejudice this date,

    Accordingly, Judgment is entered against Plaintiff and in favor of Defendants.

                                                                         DAVID J. WEAVER
                                                                         CLERK OF THE COURT

Approved:

                                                                         By: s/ Wm. F. LEWIS
                                                                            Deputy Clerk

/s/ DENISE PAGE HOOD
Denise Page Hood

DATED:   January 31, 2006
Detroit, Michigan